JENNIFER J. CAPABIANCO (SBN 193371)
jcapabianco@selmanlaw.com
JILLIAN R. HARVEY (SBN 319711)
jharvey@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Defendant DISH NETWORK LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD NORDEMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DISH NETWORK LLC,<br><br>　　　　Defendant. | Case No. 3:21-cv-00923-TSH<br><br>REPLY DECLARATION OF SHANNON PICCHIONE IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, STAY LITIGAITON PENDING ARBITRATION<br><br>Date:　　March 25, 2021<br>Time:　　10:00 a.m.<br>Judge:　　Thomas S. Hixson<br>Courtroom:　G |

**DECLARATION OF SHANNON PICCHIONE**

I, SHANNON PICCHIONE, declare and state as follows:

1.  I am employed as the Vice President of Billing & Credit at DISH Network, L.L.C. ("DISH"). I am over the age of 21. I make this Declaration based on personal knowledge, based on information provided to me in company documents, and based on communications with company personnel in the ordinary course of my duties. I would be willing and able to testify thereto if and when called upon to do so.

2.  In the ordinary course of business, DISH sends specific routine e-mails to its customers. The emails themselves are not retained. However, DISH does maintain in the ordinary course of business exemplars of these routine e-mails. The automatically generated exemplar email attached hereto as Exhibit E is a true and correct copy of the

routine e-mail DISH's system sends to new customers the day they contract for new services. This email would have been sent to Mr. Nordeman in the ordinary course of business so that he would have a copy of his signed service agreement.

3. DISH sent Plaintiff bills from August 22, 2016 through November 12, 2017. Plaintiff paid his bills monthly through July 24, 2017. Please find attached hereto as Exhibit F true and correct copies of the bills sent to plaintiff.

4. The RCA is a standard residential customer service agreement that is publicly available on DISH's website, and it was publicly available on DISH's website at when Plaintiff signed up for DISH's services.

5. When a customer calls DISH to speak to a sales representative, the customer is advised that the call will be recorded. Specifically, it states "to ensure quality, your call will be recorded." This notice is provided prior to the start of the recording. This notice was provided in 2016 when Mr. Nordeman called DISH.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this ____4th____ day of March 2021, at Englewood, Colorado.

SHANNON PICCHIONE

949 49605 4819-1917-4623 .v1